# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                        Case No. 13-CR-245

**CHRISTOPHER J. LAURIA,**

    Defendant.

## DECISION AND ORDER

The Court has received a recommendation from Magistrate Judge Nancy Joseph that Defendant Christopher Lauria's ("Lauria") motion to dismiss be denied.

The Court agrees with the recommendation and the rationale supporting said recommendation. Therefore, Lauria's motion to dismiss will be denied.

**IT IS HEREBY ORDERED THAT:**

Defendant Lauria's motion to dismiss the indictment (ECF No. 35) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2014.

                        **BY THE COURT:**

                        _____
                        **HON. RUDOLPH T. RANDA**
                        **U.S. District Judge**